**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-01295-GPG
(**The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.**)

DELMART, E.J.M., VREELAND, II,

    Plaintiff,

v.

RICHARD RAEMISCH, Executive Director, Colorado Department of Corrections,
OFFICE OF THE INSPECTOR GENERAL, Colorado Department of Corrections,
INVESTIGATOR RICHARD WREN, Office of the Inspector General,
INVESTIGATOR SANCHEZ, Office of the Inspector General,
WARDEN LOU ARCHULETA, Fremont Correctional Facility, CDOC,
CAPTAIN PATRICK FHUERE, Fremont Correctional Facility, CDOC,
CASE MANAGER T. CHAVEZ, Fremont Correctional Facility, CDOC,
SERGEANT J. HANSEN, Fremont Correctional Facility, CDOC,
GARY CASSIO, CDOC,
PROPERTY OFFICER McCLEAN, Fremont Correctional Facility, CDOC,
OFFICER BUSTAMANTE, Fremont Correctional Facility, CDOC, and
UNION SUPPLY MEDIA/UNION SUPPLY GROUP, Rancho Dominguez, California,

    Defendants.

---

**ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCY**

---

On June 18, 2015, Plaintiff submitted a Prisoner Complaint and paid $350. As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that the documents are deficient as described in this Order. Plaintiff will be directed to cure the following if he wishes to pursue any claims in this Court in this action. Any papers that Plaintiff files in response to this Order must include the civil action number on this Order.

**28 U.S.C. § 1915 Motion and Affidavit**:

(1)   __   is not submitted

(2) __ is missing affidavit
(3) __ copy of prisoner's trust fund statement submitted is not for the **6-month period immediately preceding** this filing
(4) __ trust fund account statement is missing certification by authorized prison official
(5) __ is missing required financial information
(6) __ is missing authorization to calculate and disburse filing fee payments
(7) __ is missing an original signature by the prisoner
(8) __ is not on proper form
(9) __ names in caption do not match names in caption of complaint, petition or habeas application
(10) _X_ other: The filing fee is $400 when paid in full ($350 plus $50 administrative fee)

**Complaint, Petition or Application**:
(11) __ is not submitted
(12) __ is not on proper form
(13) __ is missing an original signature by the prisoner
(14) __ is missing page nos. __
(15) __ uses et al. instead of listing all parties in caption
(16) __ names in caption do not match names in text
(17) __ addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(18) __ other:

Accordingly, it is

ORDERED that Plaintiff cure the deficiency designated above **within thirty days from the date of this Order**. Any papers that Plaintiff files in response to this Order must include the civil action number on this Order. It is

FURTHER ORDERED that if Plaintiff fails to cure the designated deficiency **within thirty days from the date of this Order** the action will be dismissed without further notice.

DATED July 7, 2015, at Denver, Colorado.

BY THE COURT:

s/Gordon P. Gallagher
United States Magistrate Judge

2