IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01295-GPG

DELMART E.J.M. VREELAND, II,

　　　Plaintiff,

v.

RICHARD RAEMISCH, Executive Director, Colorado Department of Corrections,
OFFICE OF THE INSPECTOR GENERAL, Colorado Department of Corrections,
INVESTIGATOR RICHARD WREN, Office of the Inspector General,
INVESTIGATOR SANCHEZ, Office of the Inspector General,
WARDEN LOU ARCHULETA, Fremont Correctional Facility, CDOC,
CAPTAIN PATRICK FHUERE, Fremont Correctional Facility, CDOC,
CASE MANAGER T. CHAVEZ, Fremont Correctional Facility, CDOC,
SERGEANT J. HANSEN, Fremont Correctional Facility, CDOC,
GARY CASSIO, CDOC,
PROPERTY OFFICER McCLEAN, Fremont Correctional Facility, CDOC,
OFFICER BUSTAMANTE, Fremont Correctional Facility, CDOC, and
UNION SUPPLY MEDIA/UNION SUPPLY GROUP, Rancho Dominguez, California,

　　　Defendants.

---

ORDER

---

　　　At issue are Plaintiff's multiple motions filed on September 11 and 14, 2015.

　　　First, the Motion for Leave to Exceed Page Limits by Fourteen Pages, ECF No.
9, will be denied for the following reasons.  The Nature of the Case section of the
Amended Complaint is twenty pages long.  The statement in this section fails to comply
with Rule 8 of the Federal Rules of Civil Procedure.  The Court, therefore, finds no
basis for granting a request to exceed the thirty-page limit as required in the Court's
Information and Instructions for Filing a Prisoner Complaint.

Furthermore, the two Motions for Leave to Submit Exhibits to Court Ordered Amended Complaint, ECF Nos. 11 and 13, are denied.  The thirty-two pages of exhibits are not necessary for the Court's initial review of Plaintiff's Complaint.

Finally, the Motion for Enlargement of Time, ECF No. 7, is unnecessary. Accordingly, it is

ORDERED that the Motion for Enlargement of Time in Which to Submit Plaintiff's Amended Complaint, ECF No. 7, is denied as unnecessary.  It is

FURTHER ORDERED that the Motion for Leave to Exceed Page Limits by Fourteen Pages, ECF No. 9, and the Motions for Leave to Submit Exhibits to Court Ordered Amended Complaint, ECF Nos. 11 and 13, are denied for the reasons stated in this Order.  It is

FURTHER ORDERED that the Clerk of the Court shall return to Plaintiff the conventionally filed documents, ECF No. 12, to Plaintiff.  It is

FURTHER ORDERED that Plaintiff shall have fourteen days from the date of this Order to file an Amended Complaint that is no more than thirty pages long in compliance with the Information and Instructions for Filing a Prisoner Complaint.  It is

FURTHER ORDERED that if Plaintiff fails to file an Amended Prisoner Complaint, within fourteen days of the date of this Order, the Court will proceed to address the merits of only the remaining properly asserted claims in the Prisoner Complaint that Plaintiff submitted to the Court on June 18, 2015.

DATED September 17, 2015, at Denver, Colorado.

BY THE COURT:

S/ Gordon P. Gallagher

_____
United States Magistrate Judge