IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 15-cv-01295-PAB-KMT

DELMART E.J.M. VREELAND, II,

      Plaintiff,

v.

INVESTIGATOR RICHARD WREN,
INVESTIGATOR SANCHEZ,
SERGEANT J. HANSEN,
PROPERTY OFFICER McCLEAN,
OFFICER BUSTAMANTE,
GARY CASSIO,
SUPERVISOR OR DIRECTOR OF THE COLORADO DEPARTMENT OF
CORRECTIONS INMATE CANTEEN SERVICES OR INDUSTRIES, and
UNION SUPPLY MEDIA/UNION SUPPLY GROUP BOARD of DIRECTORS AND
SHAREHOLDERS RANCHO DOMINGUEZ, CALIFORNIA,

      Defendants.

---

**ORDER**

---

This matter is before the Court on plaintiff's Motion for an Order Directing the

Parties to Engage in Alternative Dispute Resolution Process [Docket No. 41].  Plaintiff

states that he is willing to resolve this lawsuit and specifies his settlement terms.  *See*

Docket No. 41 at 2, ¶¶ 3-4.

Local Rule 16.6 provides that the Court "may direct the parties to engage in an

early neutral evaluation or other alternative dispute resolution proceeding" and, upon

directing the parties to pursue alternative dispute resolution, "may stay the action in

whole or in part during a time certain or until further order."  D.C.COLO.LCivR 16.6(a).

The Court declines to order the parties to pursue alternative dispute resolution.  The Court, in the exercise of its discretion, does not believe that an order pursuant to Local Rule 16.6 would facilitate settlement in this case.  Plaintiff, in filing this motion, has made defendants aware of his willingness to settle this dispute and his terms for doing so.  The parties are free to engage in settlement negotiations of their own accord.

Wherefore, it is

**ORDERED** that plaintiff Delmart E.J.M. Vreeland's Motion for an Order Directing the Parties to Engage in Alternative Dispute Resolution Process [Docket No. 41] is **DENIED**.

DATED March 11, 2016.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge