**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-01295-PAB-KMT

DELMART E.J.M. VREELAND, II,

    Plaintiff,

v.

INVESTIGATOR RICHARD WREN, Office of the Inspector General, CDOC,
INVESTIGATOR SANCHEZ, Office of the Inspector General, CDOC,
SERGEANT J. HANSEN, Fremont Correctional Facility, CDOC,
PROPERTY OFFICER McCLEAN, Fremont Correctional Facility, CDOC,
OFFICER BUSTAMANTE, Fremont Correctional Facility, CDOC,
GARY CASSIO, CDOC,
SUPERVISOR OR DIRECTOR OF THE COLORADO DEPARTMENT OF
CORRECTIONS INMATE CANTEEN SERVICES OR INDUSTRIES, and
UNION SUPPLY MEDIA/UNION SUPPLY GROUP BOARD of DIRECTORS AND
SHAREHOLDERS, Rancho Dominguez, California,

    Defendants.

---

# FINAL JUDGMENT

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to the Order [Docket No. 51] of United States District Judge Philip A. Brimmer entered on September 26, 2016, it is

    **ORDERED** that the Recommendation of United States Magistrate Judge [Docket No. 47] is **ACCEPTED** in part.  It is further

    **ORDERED** that defendants' Motion to Dismiss [Docket No. 25] is **GRANTED**.  It is further

    **ORDERED** that judgment is hereby entered in favor of the defendants

INVESTIGATOR RICHARD WREN, Office of the Inspector General, CDOC, INVESTIGATOR SANCHEZ, Office of the Inspector General, CDOC, SERGEANT J. HANSEN, Fremont Correctional Facility, CDOC, PROPERTY OFFICER McCLEAN, Fremont Correctional Facility, CDOC, OFFICER BUSTAMANTE, Fremont Correctional Facility, CDOC, GARY CASSIO, CDOC, SUPERVISOR OR DIRECTOR OF THE COLORADO DEPARTMENT OF CORRECTIONS INMATE CANTEEN SERVICES OR INDUSTRIES, and UNION SUPPLY MEDIA/UNION SUPPLY GROUP BOARD of DIRECTORS AND SHAREHOLDERS, Rancho Dominguez, California and against plaintiff DELMART E.J.M. VREELAND, II.  It is further

**ORDERED** that defendants are **AWARDED** their costs, to be taxed by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this 27th day of September, 2016.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/  Kathy Preuitt-Parks

Kathy Preuitt-Parks
Deputy Clerk